1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, CA 95113
   Telephone: (408) 535-5061
7  Fax: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14 | UNITED STATES OF AMERICA,           ) No.  CR 10-00827 LHK
                                         )
15 |        Plaintiff,                   )
                                         ) NOTICE OF DISMISSAL
16 |    v.                               )
                                         )
17 | ZHIQIANG ZHANG,                     )
           a/k/a Michael Zhang, and      )
18 | YANMIN LI,                          )
                                         )
19 |        Defendants.                  )
                                         )
20 |_____ )

21      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

22 United States Attorney for the Northern District of California dismisses Count Four and the

23 accompanying forfeiture allegation of the above-captioned Indictment, which charges the

24 defendants with Foreign Transportation of Stolen Property, in violation of Title 18, United States

25 //

26 //

27 //

28 //
   NOTICE OF DISMISSAL
   CR 10-00827 LHK

[FILED JUL 10 2012  RICHARD W. WIEKING  CLERK, U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA  SAN JOSE]

1  Code, Sections 2314 and 2 with prejudice.

DATED: July 3, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Miranda Kane

MIRANDA KANE
Chief, Criminal Division

## ORDER

Leave is granted to the government to dismiss Count Four and the accompanying forfeiture allegation in the above-captioned Indictment, which charges the defendants with Foreign Transportation of Stolen Property, in violation of Title 18, United States Code, Sections 2314 and 2.

Date: 7/9/12

/s/ Lucy H. Koh
LUCY H. KOH
United States District Judge

2